United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAGON WHEEL LIQUOR AND DELI; FRANCIS SHWAYHAT & GRACE SHWAYHAT, as trustees for FRANCIS and GRACE SHWAYHAT TRUST dated September 18, 1990; and KANUBHAI CHUNILAL PATEL, an individual dba WAGON WHEEL LIQUOR AND DELI,<br><br>    Defendants.<br>_____/ | No. C 14-5517 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL SITE INSPECTION** |

      Pursuant to Civil Local Rule 72-1, plaintiffs' Motion to Compel General Order 56 Joint Site Inspection, filed April 13, 2015, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      After the parties have met and conferred, <u>see</u> Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to

how that Magistrate Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

The May 22, 2015 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated: April 21, 2015

MAXINE M. CHESNEY
United States District Judge