IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

WAGON WHEEL LIQUOR & DELI, et al.,

    Defendants.

No. C-14-5517 MMC

**ORDER RE: NOTICE OF DISMISSAL; DIRECTIONS TO PARTIES**

Before the Court is the parties' "Stipulation of Dismissal and [Proposed] Order Thereon," filed May 23, 2016.

In said filing, the parties state they have agreed to dismissal of the above-titled action with prejudice, in light of a settlement agreement, and request the Court "retain jurisdiction over enforcement of the Agreement." (See Stipulation, at 2:1-2.) The parties have not, however, submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purposes proposed.

Accordingly, plaintiffs are hereby DIRECTED to submit, no later than June 3, 2016, a copy of the settlement agreement; in the alternative, the parties may file a revised stipulation of dismissal without a request for retention of jurisdiction.

**IT IS SO ORDERED.**

Dated: May 24, 2016

                    MAXINE M. CHESNEY
                    United States District Judge