THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email:   tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
IRMA RAMIREZ; and
DAREN HEATHERLY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>WAGON WHEEL LIQUOR & DELI, *et al.*,<br><br>  Defendants. | CASE NO. CV-14-05517-MMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

                                        Respectfully Submitted,

Dated: May 23, 2016         THOMAS E. FRANKOVICH, APLC
                                         *A PROFESSIONAL LAW CORPORATION*

                                         By: /s/ Thomas E. Frankovich
                                         Thomas E. Frankovich
                                         Attorney for Plaintiffs

Dated: May 23, 2016         PERRY JOHNSON ANDERSON MILLER & MOSKOWITZ LLP

                                         By: /s/ Scott A. Lewis
                                         Scott A. Lewis
                                         Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: May 25, 2016

                                         ~~Hon. Joseph C. Spero~~
                                         ~~UNITED STATES MAGISTRATE JUDGE~~
                                         Hon. Maxine M. Chesney
                                         UNITED STATES DISTRICT JUDGE